UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 5:12CR8 |
| | ) | |
| v. | ) | **ORDER TO DISMISS THE INDICTMENT** |
| | ) | |
| JAMAL HAIDER KASO | ) | |
| | ) | |

      Leave of Court is hereby granted for the dismissal of the Bill of Indictment **JAMAL HAIDER KASO** in the above-captioned case without prejudice.

      The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

Signed: January 10, 2013

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge